UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

MARLON D.S.C.,                                    Case No. 26-CV-2457 (PJS/LIB)

           Petitioner,

v.                                                ORDER OF DISMISSAL

TODD BLANCHE, Acting Attorney
General; MARKWAYNE MULLIN,
Secretary, U.S. Department of Homeland
Security; TODD M. LYONS, Acting
Director of Immigration and Customs
Enforcement; DAVID EASTERWOOD,
Acting Director, St. Paul Field Office
Immigration and Customs Enforcement;
and JOEL BROTT, Sheriff of Sherburne
County,

           Respondents.

_____

Based upon the Stipulation for Dismissal filed by the parties on May 6, 2026 [ECF No. 5],

IT IS ORDERED that this action is dismissed without prejudice and without costs or disbursements to any party.


Dated: May 6, 2026                                /s/ Patrick J. Schiltz
                                            Patrick J. Schiltz, Chief Judge
                                            United States District Court